**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on July 29, 2026**



**Peter D. Russin**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 26–14306–PDR**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Dayami Estrella Barbeito Ulloa
aka Dayami E Barbeito, aka Dayami E Barbeito Ulloa, aka Dayami Barbeito
2560 W 67 PL BLDG 31 APT 102
Hialeah, FL 33016

SSN: xxx–xx–2893

## FINAL DECREE

The trustee, Barry E Mukamal, having filed a final report that the estate has been fully administered, is discharged and the case is closed.